IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**RICKY GIDDENS,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

CASE NO. 7:10-CR-28 (HL)
7:12-CV-90125

### ORDER

This case is before the Court on Petitioner's Motion to Amend (Doc. 150) and Request for a Certificate of Appealability (Doc. 151).

The Motion to Amend is referred to the Magistrate Judge for further consideration.

The Request for a Certificate of Appealability is denied. In his recommendation (Doc. 142) entered on November 28, 2012, the Magistrate Judge recommended that the Court deny a certificate of appealability in its final order. The Court adopted the recommendation in full (Doc. 145), which included the recommendation that a certificate of appealability be denied. To the extent it was not clear in the Court's earlier order, a certificate of appealability is denied in this case.

**SO ORDERED**, this the 4th day of January, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh